SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD ASHRAF, et. al.,<br><br>Defendants | Case No.: CIV.S 08-cv-01829-FCD-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MOHAMMAD ASHRAF AND ORDER**<br><br>Complaint Filed: AUGUST 7, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Mohammad Ashraf) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Mohammad Ashraf) is dismissed because this Defendants business is no longer located at the subject premises.

Dated: February 2, 2009                      /s/Scott N. Johnson_____
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and ORDER
                                              CIV: S-08-01829-FCD-KJM

1 | **IT IS SO ORDERED**.
2 |
3 | Dated: February 2, 2009
4 |                                       FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE